# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| REGINA M. HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:23-CV-43 |
| ) | |
| KILOLO KIJAKAZI, Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff, Regina M. Hernandez, and Defendant, Acting Commissioner of Social Security, filed an Agreed Motion to Remand, pursuant to sentence four of 42 U.S.C. § 405(g). [DE 13.] Upon due consideration, the motion for reversal with remand [DE 13] is GRANTED.

The Commissioner's decision is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will consider the evidence, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

SO ORDERED.

ENTERED: August 10, 2023.

/ s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT